FILED ☒ LODGED ☐

Jul 23 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ARON KETCHEL
Arizona State Bar No. 038421
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Aron.Ketchel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Molly Breivis,

Defendant.

No. CR-26-00846-PHX-ASB

**I N F O R M A T I O N**

**VIO:** 18 U.S.C. §§ 1159(a), (b)(1)(B)(i)
(Misrepresentation of Indian Produced Goods Less Than $1,000)
Count 1

**Class A Misdemeanor**

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**BACKGROUND**

1. The Indian Arts and Crafts Board, through the United States Fish & Wildlife Service, investigates violations of the Indian Arts and Crafts Act, 18 U.S.C. § 1159, which criminalizes the marketing and sale of counterfeit Native American-style arts and crafts as authentic, in an effort to protect Native American economies and cultural heritage.

2. At all times relevant to this Information, MOLLY BREIVIS sold jewelry online through her eBay storeMollysJewelry/GEMVOLT.

3. BREIVIS sold jewelry through MollysJewelry/GEMVOLT that BREIVIS represented was authentic Native American jewelry, that is jewelry crafted by Native American artists, such as Navajo and Apache artists, when BREIVIS knew at the time that the jewelry was not authentic Native American jewelry.

**<u>COUNT 1</u>**
**MISREPRESENATION OF INDIAN PRODUCED GOODS**
**(18 U.S.C. §§ 1159(a), (b)(1)(B)(i))**

On or about May 31, 2023, the defendant, MOLLY BREIVIS, did knowingly offer and display for sale and sell goods, specifically jewelry not made by an Indian, in a manner that falsely suggested these goods as being Indian produced and Indian products, in particular that they were authentic Indian jewelry, knowing that they were not. The defendant sold such goods for a total price of $126.04 to an undercover agent located in Chandler, Arizona, within the District of Arizona.

All in violation of Title 18, United States Code, Sections 1159(a) and (b)(1)(B)(i)

Dated this 21st day of July, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Digitally signed by ARON KETCHEL
Date: 2026.07.21 13:13:12 -07'00'

ARON KETCHEL
Assistant U.S. Attorney